# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2005

128416

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHARON DONOHUE and KEVIN DONOHUE,
　　　　Plaintiffs-Appellants,

v

INTERMODAL TRANSPORTATION
SERVICES, INC.,
　　　　Defendant-Appellee.

SC: 128416
COA: 249700
Oakland CC: 02-041818-NZ

_____/

　　　　On order of the Court, the application for leave to appeal the January 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　KELLY, J., dissents and states as follows:

　　　　I would grant leave to appeal in accordance with Judge White's dissent. There was a factual question about age discrimination.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2005　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Clerk

t1206